IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JENNIFER JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-CV-130 LAG |
| | * |
| | * |
| DISTRICT ATTORNEY OF BAINBRIDGE, *et al.*, | |
| Defendants, | |

## J U D G M E N T

Pursuant to this Court's Order dated October 19, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 19th day of October, 2022.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk